IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Steven Segura, <br><br> Defendant(s). | Case No. 15 CR 525 <br> Judge Andrea Wood |

## **ORDER**

Change of Plea proceedings held. Defendant withdraws plea of not guilty and enters plea of guilty to Counts 1, 2, 3, 4, and 5 of the Indictment. Defendant is informed of his rights. The Court accepts the plea declaration and enters judgment of guilty as to Counts 1, 2, 3, 4, and 5 of the Indictment. Enter Plea Declaration. Defendant shall remain released on bond subject to his conditions of release. Cause referred to the probation department for a presentence investigation report. Sentencing set for 4/27/2018 at 10:00 AM. The Government's memorandum shall be filed by 4/13/2018. Defendant's objections to the presentence investigation report and sentencing memorandum shall be filed by4/20/2018.The Probation Office is directed to provide the sentencing recommendation to Defendant Saguaro, counsel for Defendant Saguaro, and counsel for the Government.

(T: 1:00)

Date: 12/21/2017
/s/ Andrea R. Wood
Andrea R. Wood
United States District Court Judge